# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2021

Bridget M. McCormack,
Chief Justice

160877-8(60)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DEBORAH TSCHIRHART, Personal
Representative of the ESTATE OF
SHAUN M. TSCHIRHART,
  Plaintiff-Appellant/
  Cross-Appellee,

v

         SC: 160877, 160878
         COA: 345411; 345715
         Oakland CC: 2018-165013-NO

CITY OF TROY, ALEXANDER YARBROUGH,
NICHOLAS YARBROUGH, MARY
ALLEMAN, and ALEXIS CALHOUN,
  Defendants-Appellees,
and

SUSAN O'CONNOR,
  Defendant-Appellee/
  Cross-Appellant.
_____/

   On order of the Chief Justice, the motion of defendant-appellee/cross-appellant to adjourn the case from the October 2021 oral argument session of the Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2021



Clerk